THE LAW OFFICES OF
# NEAL BRICKMAN, P.C.
420 LEXINGTON AVENUE, SUITE 2811
NEW YORK, NEW YORK 10170

NEAL BRICKMAN                                               TELEPHONE:
JUDITH L. GOLDSBOROUGH                                      (212) 986-6840
ETHAN Y. LEONARD
VIRGINIA A. REILLY                                          TELECOPIER:
JASON A. STEWART                                            (212) 986-7691

March 20, 2023

<u>Via ECF and Electronic Mail</u>

Honorable Katherine Polk Failla, USDJ
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
(212) 805-0290
Failla_NYSDChambersnysd.uscourts.gov

**MEMO ENDORSED**

Re:   *Sircar v. CUNY, et al.,*
      23-CV-06304 (KPF)

Dear Judge Failla:

  I hope that all is well with you and yours. We represent the Plaintiff, Dr. Ratna Sircar, in this matter. We write today with the consent of counsel for Defendants.

  In Your Order of 10/27/23, You directed a stay of this action pending a related arbitration between Dr. Sircar and CUNY and further directed that the parties submit a joint letter to the Court within 14 days of any decision in that arbitration. Although that decision was dated March 13, 2024, I had no knowledge of it until today after receiving an email from Mr. Martin – who has since courteously forwarded me a copy of the decision. As I am scheduled to leave the country today and will not be returning until March 27, 2024, it is respectfully requested that the deadline to submit the joint letter be extended one week, until April 3, 2024. This will afford me the opportunity to review the decision, discuss the same, and communicate with Mr. Martin as to our joint submission. Mr. Martin consents to this request, and there have been no prior requests for this relief.

  As always, if you have any question about this, or any other, matter, please do not hesitate to contact this office at any time.

Thank you very much for your time, attention, and assistance in this regard.

Respectfully submitted,

Ethan Leonard
ethan@brickmanlaw.com

cc: All counsel (Via ECF and Email)

```
Application GRANTED.  The parties shall file their joint submission
regarding the arbitration on or before April 3, 2024.

The Clerk of Court is directed to terminate the pending motion at docket
entry 14.

Dated:     March 20, 2024            SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE